**Order entered August 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01575-CV

**WILLIAM T. DICKSON, Appellant**

**V.**

**BNSF RAILWAY COMPANY AND FELLERS SNIDER BLAKENSHIP BAILEY & TIPPENS, P.C., Appellees**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC 12-02048**

## ORDER

Appellee BNSF Railway Company's August 21, 2015 unopposed fourth motion for an extension of time in which to file its brief is **GRANTED** and BNSF Railway Company's brief is due **on or before August 28, 2015**.

/s/    ELIZABETH LANG-MIERS
PRESIDING JUSTICE